# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAMELA K. CONLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-CV-672-GKF-FHM |
| ) | |
| GUARDIAN SECURITY SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Pamela K. Conley and Defendant Guardian Security Systems, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the refiling thereof. The parties stipulate that they shall each bear their own attorneys' fees and costs.

**Respectfully submitted,**

s/ Jonathan E. Shook
**Jonathan E. Shook, OBA #17343**
**SHOOK & JOHNSON, P.L.L.C.**
7420 S. Yale Ave
Tulsa, Oklahoma 74136
(918) 293-1122 - *Telephone*
(918) 293-1133 - *Fax*

**Attorney for Plaintiff**


s/ Keith A. Wilkes
(*Signed by Filing Attorney w/ permission of Defendant's Attorney*)
**Keith A. Wilkes, OBA #16750**
**NEWTON, O'CONNOR, TURNER & KETCHUM**
15 West Sixth St., Suite 2700
Tulsa, OK 74119
(918) 587-0101- Telephone
(918) 587-0102- Facsimile

**Attorney for Defendant**